United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS WAYNE JONES, TDCJ #00536937, <br> Plaintiff, <br> v. <br> TDCJ-ID INSPECTOR'S OFFICERS, et al., <br> Defendant(s). | Case No. 20-cv-05698-SK (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a Texas state prisoner incarcerated at the Texas Department of Criminal Justice (TDCJ) Polunsky Unit in Livingston, Texas, has filed a pro se civil complaint against "TDCJ-ID Inspector's Officers," "Texas Comptrollers Public Account Officers," and "Polk County Community Justice Association Division" alleging "spy-forced money extortion" and other wrongdoing inside and outside TDCJ Polunsky Unit. Compl. (ECF No. 1) at 1.

A substantial part of the events or omissions giving rise to the claim(s) occurred, and at least one of the defendants named resides, in Polk County, Texas, which lies within the venue of the Eastern District of Texas, Lufkin Division. See 28 U.S.C. § 124(c)(6). Venue therefore properly lies in the Eastern District of Texas, Lufkin Division. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: August 28, 2020

_____
SALLIE KIM
United States Magistrate Judge